NUMBER 13-05-380-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


DUD STEADMAN, JR., Appellant,


v.



ALLEN PINCHBACK, Appellee.

___________________________________________________________________


On appeal from the 343rd District Court


of Bee County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, DUD STEADMAN, JR., perfected an appeal from a judgment entered by
the 343rd District Court of Bee County, Texas, in cause number B-03-1283-CV-C. After
the record was filed, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that this case has been resolved and appellant no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's motion
to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 5th day of April, 2007.